# Notice Recipients

District/Off: 0971−5        User: admin        Date Created: 4/15/2021
Case: 21−50503        Form ID: 309A        Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Susan Collins | 134 Seale Ave        Palo Alto, CA 94301 |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg.        280 S 1st St. #268        San Jose, CA 95113−3004 |
| tr | Doris A. Kaelin | P.O. Box 1582        Santa Cruz, CA 95061 |
| aty | Geoff Wiggs | Law Offices of Geoff Wiggs        1900 South Norfolk St. #350        San Mateo, CA 94403 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55        P.O. Box 942879        Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E        P.O. Box 826880        Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures        P.O. Box 2952        Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346        Philadelphia, PA 19101−7346 |
| 15290759 | Bank Of Hawaii | Pob 2900        Honolulu, HI 96846 |
| 15290760 | Barclays Bank Delaware | Attn: Bankruptcy        Po Box 8801        Wilmington, DE 19899 |
| 15290761 | Capital One | Attn: Bankruptcy        Po Box 30285        Salt Lake City, UT 84130 |
| 15290762 | Chase Auto Finance | Attn: Bankruptcy        Po Box 901076        Fort Worth, TX 76101 |
| 15290763 | Chase Card Services | Attn: Bankruptcy        Po Box 15298        Wilmington, DE 19850 |
| 15290765 | Citibank | Citi Mtg, Inc/Bankruptcy        Mc− 730 Po Box 790130        O'Fallon, MO 63368 |
| 15290764 | Citibank | Citicorp Credit Srvs/Centralized Bk dept        Po Box 790034        St Louis, MO 63179 |
| 15290766 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept        Po Box 790034        St Louis, MO 63179 |
| 15290767 | Comenity Bank/Avenue | Attn: Bankruptcy        Po Box 182125        Columbus, OH 43218 |
| 15290768 | Department Store National Bank/Macy's | Attn: Bankruptcy        9111 Duke Boulevard        Mason, OH 45040 |
| 15290769 | Discover Financial | Attn: Bankruptcy        Po Box 3025        New Albany, OH 43054 |
| 15290770 | Lincoln Automotive Fin | Attn: Bankruptcy        Po Box 542000        Omaha, NE 68154 |
| 15290771 | Synchrony Bank/Banana Republic | Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896 |

TOTAL: 21